UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bodett et al, | |
| Plaintiffs, | 25 Civ. 4854 (DEH) |
| v. | **ORDER** |
| G6 Hospitality LLC et al, | |
| Defendants. | |

DALE E. HO, United States District Judge:

On **July 16, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 23, 2025,** at **1:00 P.M. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order, and a referral order to the District's Mediation Program, will issue separately.

SO ORDERED.

Dated: July 18, 2025
New York, New York

DALE E. HO
United States District Judge