UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bodett et al., | |
| | Plaintiff(s), |
| v. | |
| G6 Hospitality LLC et al., | |
| | Defendant(s). |

25-CV-4854 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On December 19, 2025, the parties filed a stipulation of voluntary dismissal.  ECF No. 34.  On December 22, 2025, the Clerk of Court notified the attorneys that the stipulation was deficient because it was not signed in ink by all parties who have appeared.  To date, the parties have not re-filed the stipulation of voluntary dismissal.  According to the operative Case Management Plan, ECF No. 28, the parties are set to appear before the Court on February 4, 2026 for a post-discovery case management conference.  In advance of this conference, the parties were to have filed a joint status letter by January 28, 2026.  To date, the parties have not filed the required status letter.

The conference currently scheduled for February 4, 2026 at 11 A.M. is **ADJOURNED** sine die.  The parties are directed to re-file the stipulation of voluntary dismissal in accordance with the Clerk of Court's prior notice by **February 6, 2026**, or, by the same date, file a joint status letter appraising the Court on the status of this case.

SO ORDERED.

Dated: February 3, 2026
        New York, New York

_____
    DALE E. HO
United States District Judge